**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  09-cv-01543-REB-KMT

LUCKEN FAMILY LIMITED PARTNERSHIP, LLLP, individually and as representative
plaintiff on behalf of all other similarly situated,

      Plaintiff,

v.

ULTRA RESOURCES, INC.,

      Defendant.

_____

**ORDER RE: MOTIONS FOR CLASS CERTIFICATION**

_____

**Blackburn, J.**

      The matter is before the court *sua sponte*.  In this putative class action, the court

recognizes the requirement under Fed.R.Civ.P. 23(c)(1)(A) to determine whether to

certify a class before the case properly can proceed to resolution by dispositive motion,

trial, or otherwise.  Therefore, I establish the following briefing schedule to govern

resolution of this and related matters.

      **IT IS ORDERED** as follows:

      1.  That no later than thirty (30) days after the first answer or other response,

e.g., motion to dismiss, etc., to the complaint is filed by the defendant in this case, the

plaintiff **SHALL FILE** a motion for class certification under Fed.R.Civ.P. 23 (a) that

addresses, *inter alia*, (i) the prerequisites at Fed.R.Civ.P. 23(a)(1)-(4), and (ii) the

matters at Fed.R.Civ.P. 23(b); (b) that defines the proposed class; and (c) that requests

the appointment of class counsel;

      2.  That the deadlines for filing response and reply briefs **SHALL BE**

**PRESCRIBED** under D.C.COLO.LCivR 7.1C;

3.  That an applicant for class counsel **SHALL ADDRESS** the matters at Fed.R.Civ.P. 23(g)(1)(A)(i)-(iv) and any other matter pertinent to the applicant's ability to fairly and adequately represent the interests of the proposed class; and

4.  That based on the parties' submissions, the court **WILL RULE** either on the papers, order further briefing, convene an evidentiary hearing, or take such further action as the court in its discretion deems proper and necessary.

Dated July 1, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge