IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01543–REB–KMT

LUCKEN FAMILY LIMITED PARTNERSHIP, LLLP, individually and as representative plaintiff on behalf of all others similarly situated,

    Plaintiff,

v.

ULTRA RESOURCES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion to Amend Answer" (# 30, filed November 13, 2009) is GRANTED. The Clerk of Court shall file the Amended Answer, attached as Exhibit A to Defendant's Motion.

Dated: November 24, 2009