IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01543–REB–KMT

LUCKEN FAMILY LIMITED PARTNERSHIP, LLLP, individually and as representative plaintiff on behalf of all others similarly situated,

    Plaintiff,

v.

ULTRA RESOURCES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Notice of Settlement and Motion for Stay of Discovery and Case Management Deadlines" (Doc. No. 58, filed May 12, 2010) is GRANTED. The parties shall submit dismissal documents no later than June 7, 2010. All discovery and case management deadlines are STAYED pending submission of the settlement documents.

Dated: May 18, 2010